# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Eric J. Nicoll,

Letitia Y. Nicoll,

          Plaintiffs,

vs.

**Wells Fargo Bank, N.A.**
*Successor by Merger to Wells Fargo Bank
Minnesota, N.A. as Trustee F/K/A Wells
Fargo Asset Securities Norwest Mortgage
Trust, Asset-Backed Certificates, Series
TMTS 2003-8HE*, et al,

          Defendants.

CIVIL ACTION FILE

NO. 1:18-cv-4550-MLB

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the final report and recommendation, and having adopted said report, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution.

Dated at Atlanta, Georgia, this 16th day of April, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Brenda Hambert
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 16, 2019
James N. Hatten
Clerk of Court

By:   s/Brenda Hambert
        Deputy Clerk